UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollis J. Larson, | Case No. 19-cv-2811 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| The Minnesota Department of Human Services et al., | |
| Defendants. | |

This matter is before the Court on the application to proceed *in forma pauperis* (IFP) on appeal of Plaintiff Hollis J. Larson. (Dkt. 60.)

Generally, under Rule 24(a)(1) of the Federal Rules of Appellate Procedure, "a party to a district-court action who desires to appeal [IFP] must file a motion in the district court." Under Rule 24(a)(3), Fed. R. App. P., "[a] party who was permitted to proceed [IFP] in the district-court action . . . may proceed on appeal [IFP] without further authorization." Because Larson has been permitted to proceed IFP before the district court, (Dkt. 8), he may proceed on appeal IFP without authorization. However, to make clear that Larson may proceed IFP on appeal in this action, his IFP application is granted.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the application to proceed *in forma pauperis* on appeal of Plaintiff Hollis J. Larson, (Dkt. 60), is **GRANTED**.

Dated: April 2, 2020
s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge